22022

In re Hans DROLSHAGEN, a Minor Under the Age of Seventeen
Years, Appellant.

(310 S. E. (2d) 927)

*Asst. Appellate Defender Elizabeth C. Fullwood,* of *S. C. Office of Appellate Defense,* Columbia, *for appellant.*

*Atty. Gen. T. Travis Medlock, Retired Atty. Gen. Daniel R. McLeod* and *Asst. Attys. Gen. Harold M. Coombs, Jr.,* and *Arlene D. Hand,* Columbia, and *Sol. George M. Ducworth,* Anderson, *for respondent.*

Jan. 4, 1984.

NESS, Justice:

This is a juvenile delinquency proceeding. Appellant, Hans Drolshagen, was convicted of ten counts of malicious injury to personal and real property, adjudged delinquent by the Anderson County Family Court, and placed on probation for a minimum of one year. We affirm.

At the request of investigating police officers, appellant voluntarily reported to his school principal's office, where he was questioned by school officials, in the presence of the officers, as to his activities of the previous weekend. There was testimony that neither officer participated in the ques-

tioning. During this meeting, appellant confessed to the acts of vandalism of which he was subsequently convicted. At the Anderson County jail, he signed a written statement in the presence of his parents, after being advised of his *Miranda* rights.

Appellant contends he was entitled to *Miranda* warnings prior to answering any questions in the principal's office. We disagree.

*Miranda* applies "only where there has been such a ▪ restriction on a person's freedom as to render him in custody." *Oregon v. Mathiason,* 429 U. S. 492, 495, 97 S. Ct. 711, 714, 50 L. Ed. (2d) 714 (1977), quoted in *State v. Neeley,* 271 S. C. 33, 244 S. E. (2d) 522 (1978).

Merely because the questioning took place in the prin- ▪ cipal's office, in the presence of police officers, "did not render it a 'custodial interrogation.' " *State v. Doby,* 273 S. C. 704, 708, 258 S. E. (2d) 896, 899 (1979). We hold that *Miranda v. Arizona,* 384 U. S. 436, 86 S. Ct. 1602, 16 L. Ed. 694 (1966), is inapplicable to these facts.

Affirmed.

LEWIS, C. J., and LITTLEJOHN, GREGORY and HARWELL, JJ., concur.